NUMBER 13-09-00326-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE BAY LTD.






On Petition for Writ of Mandamus


and Motion for Emergency Stay.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam (1)



 Relator, Bay Ltd., filed a petition for writ of mandamus and motion for emergency
stay in the above cause on June 12, 2009. The Court requested and received responses 
to the motion for emergency stay and the petition for writ of mandamus from the real
parties in interest.

 The Court, having examined and fully considered the petition for writ of mandamus
and motion for emergency stay, the responses thereto, and the reply brief filed by relator,
is of the opinion that relator has not shown itself entitled to the relief sought. Accordingly,
the motion for emergency stay and the petition for writ of mandamus are DENIED. See
Tex. R. App. P. 52.8(a). 


 PER CURIAM

Memorandum Opinion delivered and

filed this 9th day of July, 2009.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).